Clear Form

# FILED

FEB 25 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GARY DARTEZ,

               Plaintiff,

    vs.

REDWOOD PROPERTY INVESTORS
III, LLC, et al

               Defendant.

CASE NO. **CV26.01644**

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

**SK**

I, _Gary Dartez_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

FILED
FEB 25 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GARY DARTEZ,

Plaintiff,

vs.

REDWOOD PROPERTY INVESTORS III, LLC, et al

Defendant.

CASE NO. CV26 01644

APPLICATION TO PROCEED IN FORMA PAUPERIS
(Non-prisoner cases only)

SK

I, Gary Dartez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ______ Net: ______

Employer: ______

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received.

_____

_____

_____

2.    Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.    Business, Profession or              Yes ____ No ✓
         self employment?

    b.    Income from stocks, bonds,         Yes ____ No ✓
         or royalties?

    c.    Rent payments?                     Yes ____ No ✓

    d.    Pensions, annuities, or            Yes ____ No ✓
         life insurance payments?

    e.    Federal or State welfare payments,    Yes ____ No ✓
         Social Security or other govern-
         ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.    Are you married?                 Yes ____ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a.    List amount you contribute to your spouse's support:$ _____

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.      Do you own or are you buying a home?          Yes ____ No ____

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.      Do you own an automobile?          Yes ____ No ____

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.      Do you have a bank account?  Yes ____ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes ____ No ____  Amount:  $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)                                         Yes ____ No ____

_____

8.      What are your monthly expenses?

Rent:  $ _____ Utilities:  _____

Food:  $ _____ Clothing:  _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.      Do you have any other debts?  (List current obligations, indicating amounts and to whom

they are payable.  Do not include account numbers.)

_____

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes _____   No _____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

02/25/2026
DATE

SIGNATURE OF APPLICANT

- 4 -