**GARY DARTEZ, Plaintiff in Pro Per**
20 E 16th Street, Unit #203
Antioch, CA 94509
Email: Gary.Dartez.Email@gmail.com

**TAMISHA LATIMORE, Plaintiff in Pro Per**
20 E 16th Street, Unit #203
Antioch, CA 94509
Email: Tamisha.Latimore@gmail.com

FILED

FEB 25 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY DARTEZ, and
TAMISHA LATIMORE,

          Plaintiffs.

      vs.

REDWOOD PROPERTY INVESTORS III,
LLC, a California Limited Liability Company;
CITY OF ANTIOCH, a Municipal
Corporation; and DOES 1 through 50,
inclusive.

          Defendants.

Case No. CV26.01644 SK

**NOTICE OF PENDENCY OF OTHER ACTION (CIV. L.R. 3-13)**

Hon. _____

**DEMAND FOR JURY TRIAL**

**NOTICE OF PENDENCY OF OTHER ACTION (CIV. L.R. 3-13)**

Plaintiffs Gary Dartez and Tamisha Latimore ("Plaintiffs"), appearing in pro per, hereby provide notice pursuant to Civil Local Rule 3-13 that there are other actions pending that arise from substantially the same transactions, occurrences, and/or events as those alleged in this action.

GARY DARTEZ, Plaintiff in Pro Per
201 E 18th Street, Unit #202
Antioch, CA 94509
Email: Gary.Dartez.Email@gmail.com

TAMISHA LATIMORE, Plaintiff in Pro Per
201 E 18th Street, Unit #202
Antioch, CA 94509
Email: Tamisha.Latimore@gmx.com

FILED
FEB 25 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DARTEZ and TAMISHA LATIMORE,<br>Plaintiffs,<br>vs.<br>KELLWOOD PROPERTY INVESTORS III, LLC, a California Limited Liability Company; CITY OF ANTIOCH, a Municipal Corporation; and DOES 1 through 10, inclusive,<br>Defendants. | Case No. CV26-01644 SK<br>NOTICE OF PENDENCY OF OTHER ACTION (CIV. L.R. 3-13)<br>Hon. ____<br>DEMAND FOR JURY TRIAL |

NOTICE OF PENDENCY OF OTHER ACTION (CIV. L.R. 3-13)

Plaintiffs Gary Dartez and Tamisha Latimore ("Plaintiffs"), appearing in pro per, hereby provide notice pursuant to Civil Local Rule 3-13 that there are other actions pending that arise from substantially the same transactions, occurrences, or other events as those alleged in this action.

**A.  Other Pending Action No. 1 – Writ / Mandamus Proceeding (Martinez, California)**

**Court:** Superior Court of California, County of Contra Costa (Martinez Branch)

**Case Title:** Dartez et al. v. City of Antioch; and Redwood Property Investors III, LLC

**Case No.:** N26-1849

**Date Filed:** September 17, 2025

**Nature of Case:** A verified writ/mandamus proceeding seeking to compel administrative compliance and record-related relief arising from the City of Antioch Rent Program's handling of Plaintiffs' rent petition, including (among other things) the City's failure to timely provide and/or correct the administrative record necessary for meaningful review, and alleged failures related to disability access/ADA-related process and paperwork requested by Plaintiffs in connection with the Rent Program proceedings.

**B.  Other Pending Action No. 2 – Full Accounting / Records Action (Martinez, California)**

**Court:** Superior Court of California, County of Contra Costa (Martinez Branch)

**Case Title:** Gary Dartez v. Redwood Property Investors III, LLC

**Case No.:** C26-00315

**Date Filed:** January 29, 2026

**Nature of Case:** A civil action seeking accounting and related relief arising from the landlord–tenant relationship and Defendants' alleged failure to provide complete tenancy, lease, and rent-accounting records and related documentation.

**C. Relationship to This Federal Civil Rights Action**

The above actions arise from the same property and overlapping factual background, including the parties' landlord–tenant relationship, Plaintiffs' rent petition under the City of Antioch's Rent Program, alleged failures of process and record production, and events culminating in Plaintiffs' displacement. This federal action asserts federal civil rights and related claims for damages and statutory remedies under federal and California law. Plaintiffs provide this notice to ensure transparency and compliance with Civil Local Rule 3-13 and do not intend this notice as any waiver of rights, claims, or remedies.

Respectfully submitted,

DATED: February 25, 2026                    By: _____

**Gary Dartez, Plaintiff in Pro Per**
20 E 16th St. #203
Antioch, CA 94509
Email: Gary.Dartez.Email@gmail.com


By: _____

**Tamisha Latimore, Plaintiff in Pro Per**
20 E 16th St. #203
Antioch, CA 94509
Email: Tamisha.Latimore@gmail.com

NOTICE OF PENDENCY OF OTHER ACTION (CIV. L.R. 3-13)

3 OF 3

**C. Relationship to This Federal Civil Rights Action**

The above actions arise from the same property and overlapping factual background, including the parties' landlord-tenant relationship, Plaintiffs' rent petition under the City of Antioch's Rent Program, alleged failures of process and record production, and events culminating in Plaintiffs' displacement. This federal action asserts federal civil rights and related claims for damages and statutory remedies under federal and California law. Plaintiffs provide this notice to ensure transparency and compliance with Civil Local Rule 3-13 and do not intend this notice as any waiver of rights, claims, or remedies.

Respectfully submitted,

DATED: February 25, 2026

By: ______________________

**Gary Dartez, Plaintiff in Pro Per**
20 E 10th St. #203
Antioch, CA 94509
Email: Gary.Dartez.Email@gmail.com

By: ______________________

**Tanisha Latimore, Plaintiff in Pro Per**
20 E 10th St. #203
Antioch, CA 94509
Email: Tanisha.Latimore@gmail.com