UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY DARTEZ, et al.,

          Plaintiffs,

    v.

REDWOOD PROPERTY INVESTORS III, LC, et al.,

          Defendants.

Case No.  26-cv-01644-SK

**ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE**

Regarding Docket No. 2

United States District Court
Northern District of California

Before the Court is the application by Gary Dartez ("Plaintiff") to proceed *in forma pauperis* ("IFP"). (Dkt. No. 2.) Because Plaintiff's application is lacking in sufficient detail, the Court DENIES Plaintiff's application WITHOUT PREJUDICE.

The *in forma pauperis* statute, 28 U.S.C. § 1915, permits an indigent litigant to commence a civil action in federal court without prepaying the filing fee. 28 U.S.C. § 1915. To qualify to proceed *in forma pauperis*, the litigant must submit an affidavit that includes a statement of all the assets they possess. *Id.* The affidavit must also state that the person is unable to pay the fees or give security. *Id.* Additionally, the affidavit must provide "sufficient details concerning [the applicant's] income, assets, and expenditures." *Williams v. Cnty. of Ventura*, 443 F. App'x 232, 233 (9th Cir. 2011) (citing *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (per curiam) (an affidavit claiming poverty in support of a motion made under 28 U.S.C. § 1915 must state the relevant facts "with some particularity, definiteness, and certainty"). A district court has discretion to deny a deficient affidavit. *Venable v. Meyers*, 500 F.2d 1215, 1216 (9th Cir. 1974) (per curiam).

Here, Plaintiff's application lacks sufficient detail for the Court to determine whether he satisfies the statutory requirements. In his application, Plaintiff indicated that he is not presently

employed, but did not clearly indicate the following: (1) his date of last employment and associated wage information; (2) whether he owns or is in the process of purchasing a home; (3) whether he owns an automobile; (4) whether he has a bank account, owns any cash, or has any other assets;  (5) his monthly expenses; (6) his debts; and (7) whether the complaint he is seeking to file raises claims that have been presented in other lawsuits.  (Dkt. No. 2.)

Because the Court cannot discern Plaintiff's past income, monthly expenses, assets, and debts from his application, Plaintiff's application is DENIED as incomplete.  Plaintiff shall have through **April 1, 2026** to file another application to proceed IFP.  Should Plaintiff seek to file another application, Plaintiff must fully fill out the application to the best of his ability.

The Court ADVISES Plaintiff that the district court has produced a guide for pro se litigants called Representing Yourself in Federal Court: A Handbook for Pro Se Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial.  It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office.  The Court additionally has a website with resources for pro se litigants (https://www.cand.uscourts.gov/pro-se-litigants/).  The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: March 3, 2026

_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California

2