**GARY DARTEZ**
Plaintiff, Pro Se
20 E 16th Street, Unit #203
Antioch, CA 94509
Email: Gary.Dartez.Email@gmail.com

**TAMISHA LATIMORE**
Plaintiff, Pro Se
20 E 16th Street, Unit #203
Antioch, CA 94509
Email: Tamisha.Latimore@gmail.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DARTEZ, and<br>TAMISHA LATIMORE,<br><br>       Plaintiffs.<br><br>   vs.<br><br>REDWOOD PROPERTY INVESTORS III,<br>LLC, a California Limited Liability Company;<br>CITY OF ANTIOCH, a Municipal<br>Corporation; and DOES 1 through 50,<br>inclusive.<br><br>      Defendants. | Case No. 4:26-cv-01644-HSG<br><br>**ADMINISTRATIVE MOTION TO FILE**<br>**PORTIONS OF IFP APPLICATIONS AND**<br>**SUPPORITNG AFFIDAVITS UNDER SEAL**<br><br>HON. HAYWOOD S. GILLIAM, JR. |

Plaintiffs Gary Dartez and Tamisha Latimore, proceeding pro se, respectfully move this Court for an order permitting the limited sealing of narrowly defined financial identifiers contained within their Applications to Proceed In Forma Pauperis ("IFP") and supporting affidavits, pursuant to Civil Local Rule 79-5.

---

ADMINISTRATIVE MOTION TO FILE PORTIONS OF IFP APPLICATIONS AND SUPPORITNG AFFIDAVITS UNDER SEAL
Case No. 4:26-cv-01644-HSG

This motion is submitted in connection with Plaintiffs' renewed IFP applications following the Court's prior denial without prejudice for incomplete financial disclosure, and is intended to facilitate full compliance with 28 U.S.C. § 1915 while protecting sensitive financial identifiers from unnecessary public dissemination.

Plaintiffs are prepared to provide complete financial disclosures to the Court, including all information necessary for an eligibility determination. However, due to documented and ongoing data security incidents, prior breaches of personal and financial information, and related litigation involving unauthorized disclosure of sensitive data, Plaintiffs seek limited protection of specific financial identifiers – such as banking institution names and account identifiers – that, if publicly disclosed, could materially increase the risk of further identity theft, financial fraud, and targeted harassment.

Accordingly, Plaintiffs request that the Court permit the filing of unredacted versions under seal while allowing appropriately redacted versions to remain on the public docket, ensuring both transparency and protection consistent with the requirements of Civil L.R. 79-5.

I.      **DOCUMENTS SOUGHT TO BE SEALED**

Plaintiffs seek to seal only the following limited categories of information contained within their IFP applications and supporting affidavits:

- Names of financial institutions

- Bank account identifiers

- Any comparable financial identifying information

Plaintiffs do not seek to seal income, balances, expenses, debts, or overall financial condition, all of which will remain publicly disclosed in redacted filings.

ADMINISTRATIVE MOTION TO FILE PORTIONS OF IFP APPLICATIONS AND SUPPORITNG AFFIDAVITS UNDER SEAL
Case No. 4:26-cv-01644-HSG

## II.     LEGAL STANDARD

This motion is governed by Civil Local Rule 79-5. Since the IFP application is a non dispositive filing, the applicable standard is "good cause."

Authority:

- Fed. R. Civ. P. 26(c)

- Civil L.R. 79-5(c)

Under this standard, sealing is appropriate where specific prejudice or harm will result from public disclosure of sensitive information.

## III.     GOOD CAUSE EXISTS FOR LIMITED SEALING

Good cause exists to protect the limited financial identifiers at issue due to ongoing and substantiated risks to Plaintiffs' personal and financial security, including:

- Multiple prior data breaches involving Plaintiffs' personal and financial information;

- Active litigation involving data privacy and unauthorized disclosure of sensitive data;

- Unauthorized access to personal communications and electronic accounts;

- Harassing and threatening communications, including but not limited to phone calls and emails, associated with exposure of personal identifying information.

Public disclosure of financial institution names and account identifiers would increase the likelihood of further unauthorized access, identity theft, financial exploitation, and targeted harassment.

These risks are not speculative; they are grounded in Plaintiffs' documented history of data compromise and ongoing exposure of personal information.

ADMINISTRATIVE MOTION TO FILE PORTIONS OF IFP APPLICATIONS AND SUPPORITNG AFFIDAVITS UNDER SEAL
Case No. 4:26-cv-01644-HSG

3 OF 5

## IV.    REQUEST IS NARROWLY TAILORED

Plaintiffs' request is strictly limited to sensitive financial identifiers and is narrowly tailored to comply with Civil L.R. 79-5.

Plaintiffs will:

- File public redacted versions of all IFP materials.

- Provide complete, unredacted versions under seal for the Court's review.

All substantive financial information necessary for evaluation under 28 U.S.C. § 1915 will remain fully disclosed.

## V.    NO INTENT TO EVADE DISCLOSURE

Plaintiffs fully acknowledge the Court's authority to assess financial eligibility for IFP status.

This motion is not an attempt to withhold information, but rather a limited request to protect specific identifiers that are uniquely susceptible to misuse in light of Plaintiffs' prior data exposure and ongoing security concerns.

Plaintiffs remain committed to full transparency with the Court.

## VI.    PROCEDURAL COMPLIANCE

In compliance with Civil L.R. 79-5, Plaintiffs are concurrently submitting:

- **Redacted versions** of the IFP applications and affidavits for the public docket

- **Unredacted versions** provisionally filed under seal

## VII.    CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court:

1.  Grant this Administrative Motion to File Under Seal;

ADMINISTRATIVE MOTION TO FILE PORTIONS OF IFP APPLICATIONS AND SUPPORITNG AFFIDAVITS UNDER SEAL
Case No. 4:26-cv-01644-HSG

2.  Permit the filing of unredacted IFP applications and supporting affidavits under seal; and

3.  Allow redacted versions to remain publicly accessible.


Respectfully submitted,


**DATED:** March 25, 2026                     By: _____

**Gary Dartez,** Pro Se
20 E 16th St. #203
Antioch, CA 94509
Email: Gary.Dartez.Email@gmail.com


By: _____

**Tamisha Latimore,** Pro Se
20 E 16th St. #203
Antioch, CA 94509
Email: Tamisha.Latimore@gmail.com


ADMINISTRATIVE MOTION TO FILE PORTIONS OF IFP APPLICATIONS AND SUPPORITNG AFFIDAVITS UNDER SEAL
Case No. 4:26-cv-01644-HSG

5 OF 5