**GARY DARTEZ**
Plaintiff, Pro Se
20 E 16th Street, Unit #203
Antioch, CA 94509
Email: Gary.Dartez.Email@gmail.com

**TAMISHA LATIMORE**
Plaintiff, Pro Se
20 E 16th Street, Unit #203
Antioch, CA 94509
Email: Tamisha.Latimore@gmail.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DARTEZ, and TAMISHA LATIMORE, | Case No. 4:26-cv-01644-HSG |
| Plaintiffs. | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE PORTIONS OF IFP APPLICATIONS AND SUPPORTING AFFIDAVITS UNDER SEAL** |
| vs. | |
| REDWOOD PROPERTY INVESTORS III, LLC, a California Limited Liability Company; CITY OF ANTIOCH, a Municipal Corporation; and DOES 1 through 50, inclusive. | (Civil L.R. 79-5) |
| | HON. HAYWOOD S. GILLIAM, JR. |
| Defendants. | |

The Court, having considered Plaintiffs' Administrative Motion to File Portions of their IFP Applications and Supporting Affidavits Under Seal, a good cause appearing, hereby ORDERS as follows:

### 1. LEGAL STANDARD

The Court finds that the materials at issue are non-dispositive and that the applicable

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE PORTIONS OF IN FORMA PAUPERIS APPLICATIONS AND SUPPORITNG AFFIDAVITS UNDER SEAL
Case No. 4:26-cv-01644-HSG

1 OF 3

standard under Civil Local Rule 79-5 and Federal Rule of Civil Procedure 26(c) is good cause.

## 2. FINDING OF GOOD CAUSE

The Court finds that Plaintiffs have demonstrated good cause to seal limited financial identifiers, including:

- Names of financial institutions

- Bank account identifiers

- Comparable sensitive financial identifying information

The Court further finds that public disclosure of such information could result in risk of identity theft, financial fraud, and misuse of personal information, particularly in light of Plaintiffs' representations regarding prior data breaches and ongoing security concerns.

## 3. NARROW TAILORING

The Court finds that Plaintiffs' request is narrowly tailored in that:

- Plaintiffs do not seek to seal financial balances, income, expenses, or other substantive financial information

- Only specific identifying financial details are subject to sealing

## 4. ORDER

Accordingly, Plaintiffs' Administrative Motion is **GRANTED**.

It is hereby **ORDERED** that:

1. Plaintiffs may file unredacted versions of their Applications to Proceed In Forma Pauperis and supporting affidavits under seal;

2. Plaintiffs shall file redacted versions of those documents on the public docket;

3. The Clerk of Court shall maintain the unredacted documents under seal consistent with this Order.

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE PORTIONS OF IN FORMA PAUPERIS APPLICATIONS AND SUPPORITNG AFFIDAVITS UNDER SEAL
Case No. 4:26-cv-01644-HSG

**5. SCOPE OF ORDER**

This Order applies only to the specific financial identifiers identified in Plaintiffs' motion and does not authorize the sealing of any additional materials without further order of the Court.

**IT IS SO ORDERED.**

DATED: _____    _____

HAYWOOD S. GILLIAM, JR.
United States District Court

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE PORTIONS OF IN FORMA PAUPERIS APPLICATIONS AND SUPPORITNG AFFIDAVITS UNDER SEAL
Case No. 4:26-cv-01644-HSG

3 OF 3