**GARY DARTEZ**
Plaintiff, Pro Se
20 E 16th Street, Unit #203
Antioch, CA 94509
Email: Gary.Dartez.Email@gmail.com

**TAMISHA LATIMORE**
Plaintiff, Pro Se
20 E 16th Street, Unit #203
Antioch, CA 94509
Email: Tamisha.Latimore@gmail.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DARTEZ, and<br>TAMISHA LATIMORE,<br><br>        Plaintiffs.<br><br>   vs.<br><br>REDWOOD PROPERTY INVESTORS III,<br>LLC, a California Limited Liability Company;<br>CITY OF ANTIOCH, a Municipal<br>Corporation; and DOES 1 through 50,<br>inclusive.<br><br>       Defendants. | Case No. 4:26-cv-01644-HSG<br><br>**PLAINTIFF GARY DARTEZ'S AFFIDAVIT<br>IN SUPPORT OF RENEWED<br>APPLICATION TO PROCEED IN FORMA<br>PAUPERIS**<br><br>(28 U.S.C. § 1915)<br><br><br>HON. HAYWOOD S. GILLIAM, JR. |

I, Gary Dartez, declare as follows:

**1.  Purpose of Declaration**

I submit this affidavit in support of my renewed Application to Proceed In Forma Pauperis pursuant to 28 U.S.C. §1915, following the Court's prior denial without prejudice for

incomplete financial disclosure. This declaration is intended to provide complete clarification so that I may qualify.

### 2.  Financial Condition

I am currently unable to pay the filing fee required to initiate this action without significant hardship. Paying the filing fee would prevent me from meeting basic living needs, including housing, food, and essential expenses.

My financial information is fully disclosed in the accompanying Application to Proceed In Forma Pauperis, including:

- Employment status

- Bank account balance

- Assets (if any)

- Monthly expenses

- Debts and obligations

I do not possess sufficient income, savings, or assets to pay the filing fee.

### 3.  Employment Status

I am currently:

☑ Unemployed

☐ Employed

### 4.  Assets and Financial Accounts

I have disclosed all financial accounts and assets in my IFP application.

Due to ongoing security concerns, certain identifying details (such as financial institution names) have been redacted from the public version but are fully disclosed to the Court in the unredacted version.

---

PLAINTIFF GARY DARTEZ'S AFFIDAVIT IN SUPPORT OF RENEWED APPLICATION TO PROCEED IN FORMA PAUPERIS
Case No. 4:26-cv-01644-HSG

**5. Data Breach and Security Concerns**

I have been affected by multiple data breaches and unauthorized disclosures of personal information, including:

- Exposure of personal identifying information;

- Compromise of electronic communications and accounts;

- Ongoing litigation relating to data breaches including the Conduent Medical Information breach affecting millions of U.S. residents, including thousands in California.

These incidents have resulted in unauthorized access, harassment, and misuse of personal information.

**6. Need for Limited Protection of Financial Identifiers**

Because of these circumstances, I respectfully request that specific financial identifiers—including banking institution names and account identifiers—be protected from public disclosure.

This request is intended to reduce the risk of further identity theft, financial exploitation, and harassment.

All financial information has been fully disclosed to the Court in unredacted form.

**7. Related Litigation**

I am currently involved in multiple federal civil actions, including actions relating to data privacy and unauthorized disclosure of personal information, which further support the need to protect sensitive financial identifiers.

**8. Inability to Pay Filing Fee**

Due to my financial condition, I cannot pay the filing fee without depriving myself of basic necessities.

Under *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331 (1948), a litigant need not be absolutely destitute to qualify for IFP status. I respectfully submit that I meet this standard.

**9. Request for Relief**

I respectfully request that the Court:

A)  Accept this affidavit in support of my renewed IFP application;

B)  Grant my request to proceed in forma pauperis; and

C)  Permit limited protection of sensitive financial identifiers as requested.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,

**DATED:** March 25, 2026          By: _____

**Gary Dartez,** Pro Se
20 E 16th St. #203
Antioch, CA 94509
Email: Gary.Dartez.Email@gmail.com