**GARY DARTEZ,** Pro Se
20 E 16th Street, Unit #203
Antioch, CA 94509
Email: Gary.Dartez.Email@gmail.com

**TAMISHA LATIMORE,** Pro Se
20 E 16th Street, Unit #203
Antioch, CA 94509
Email: Tamisha.Latimore@gmail.com

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DARTEZ, and TAMISHA LATIMORE, | Case No. 4:26-cv-01644-HSG |
| Plaintiffs. | **PLAINTIFF TAMISHA LATIMORE'S AFFIDAVIT IN SUPPORT OF RENEWED APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| vs. | |
| REDWOOD PROPERTY INVESTORS III, LLC, a California Limited Liability Company; CITY OF ANTIOCH, a Municipal Corporation; and DOES 1 through 50, inclusive. | (28 U.S.C. § 1915)  HON. HAYWOOD S. GILLIAM, JR. |
| Defendants. | |

I, Tamisha Latimore, declare as follows:

**1.  Purpose of Declaration**

I submit this affidavit in support of my renewed Application to Proceed In Forma Pauperis to provide complete financial clarification and qualify under 28 U.S.C. §1915.

---

**2. Financial Condition**

I am currently unable to pay the filing fee without hardship. My financial condition is fully disclosed in my IFP application.

**3. Employment Status**

I am currently:

☑ Unemployed

☐ Employed

My last employment occurred on or about: December 2021

**4. Financial Accounts and Assets**

All financial accounts and assets are disclosed in my IFP application.

Sensitive identifying details have been redacted publicly but provided to the Court in full under seal.

**5. Security and Privacy Concerns**

Due to prior and ongoing data breaches, unauthorized access to personal information, and current privacy risks, disclosure of financial identifiers presents a heightened risk of harm.

**6. Request for Limited Protection**

I request that bank identifiers and similar information be protected from public disclosure, while remaining fully available to the Court.

**7. Inability to Pay**

I do not have sufficient resources to pay the filing fee without compromising basic living needs.

**8. Request for Relief**

I respectfully request that the Court grant my Application to Proceed In Forma Pauperis.

PLAINTIFF TAMISHA LATIMORE'S AFFIDAVIT IN SUPPORT OF RENEWED APPLICATION TO PROCEED IN FORMA PAUPERIS
Case No. 4:26-cv-01644-HSG

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Respectfully submitted,


**DATED:** March 25, 2026                    By: _____
                                             **Tamisha Latimore,** Pro Se
                                             20 E 16th St. #203
                                             Antioch, CA 94509
                                             Email: Tamisha.Latimore@gmail.com