UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY DARTEZ, et al.,

Plaintiffs,

v.

REDWOOD PROPERTY INVESTORS III, LC, et al.,

Defendants.

Case No. 26-cv-01644-HSG

**ORDER TO SHOW CAUSE**

On September 2, 2026, Plaintiffs Gary Dartez and Tamisha Latimore filed an amended complaint. Dkt. No. 40. The Court accordingly **ORDERS** Defendants **TO SHOW CAUSE** why their pending motion for a more definite statement and motion to dismiss, Dkt. Nos. 34 and 36, should not be terminated as moot in light of the amended complaint. Defendants shall file a joint statement of two pages or less by September 10, 2026.

**IT IS SO ORDERED.**

Dated: 9/4/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California